IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PHILDER DAMBREVILLE,

|  |  |
|---|---|
| Petitioner, | 8:26CV292 |
| vs. | |
| | JUDGMENT |
| WARDEN, Sarpy County Jail;  ACTING INTERIM ATTORNEY GENERAL, and MARKWAYNE MULLIN, in his official capacity, Secretary, U.S. Department of Homeland Security; | |
| Respondents. | |

Pursuant to the Memorandum and Order entered today, the petition for a writ of habeas corpus (Filing No. 1) is denied.

Dated this 26th day of June, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge