IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PHILDER DAMBREVILLE,

Petitioner,

vs.

WARDEN, Sarpy County Jail; ACTING INTERIM ATTORNEY GENERAL, and MARKWAYNE MULLIN, in his official capacity, Secretary, U.S. Department of Homeland Security;

Respondents.

**8:26CV292**

**JUDGMENT**

Pursuant to the Memorandum and Order entered today, the Petition for a Writ of Habeas Corpus (Filing No. 1) is denied.

Dated this 24th day of July, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge